Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>Plaintiffs,<br>vs.<br><br>R E SERRANO, INC., a California corporation and RICKY SERRANO, individually,<br><br>Defendants. | Case No.: C 07 1697 MMC<br><br>**SUBSTITUTION OF ATTORNEY** |

/ / / / /

---

SUBSTITUTION OF ATTORNEY;
Case No. C 07 1697 MMC

-1-

Muriel B. Kaplan, Bar No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900 Fax (415) 882-9287

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Gil Croshtwaite, et al. | CASE NUMBER: |
|---|---|
|  | C07-1697 MMC |
| Plaintiff(s) |  |
| v. |  |
| R.E. Serrano, Inc. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) |  |

Gil Crosthwaite  [X] Plaintiff  [ ] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes Muriel B. Kaplan, SBN 124607 _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  120 Howard St. Suite 520
*Street Address*

San Francisco, CA 94105    (415) 882-7900   (415) 882-9287   124607
*City, State, Zip Code*     *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy
*Present Attorney*

Dated: 5-29-07

*Signature of Party*
Wayne McBride

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/25/07

*Signature of Present Attorney*
Tracy L. Mainguy

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 6/6/07

*Signature of New Attorney*
Muriel B. Kaplan

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: June 7, 2007

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                               G01