Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>        Plaintiffs,<br>v.<br><br>R.E. SERRANO, INC., a California corporation, and RICKY SERRANO, individually,<br><br>        Defendants. | Case No.: C07-1697 MMC<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>DATE:  July 6, 2007<br><br>TIME:  10:30 a.m.<br><br>COURTROOM:  7, 19th Floor<br><br>JUDGE:  The Honorable Maxine M. Chesney |

-1-
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C07-1697 MMC

-2-

The newly substituted counsel has recently received this file and hereby respectfully requests that the Case Management Conference, currently scheduled for July 6, 2007 at 10:30 a.m., be continued for approximately 60 days to allow counsel to review the case, analyze the parties' positions and any possibility of resolution, and respond as necessary.

It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 15th day of June, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION


By: _____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _September 7, 2007_____ at _10:30 a.m._____.

Date: _June 20, 2007_____    _____
                                                   United States District Court Judge