1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  GIL CROSTHWAITE, et al., as Trustees of the          Case No.: C07-1697 MMC
    OPERATING ENGNEERS HEALTH AND
12  WELFARE TRUST FUND FOR NORTHERN          STIPULATION FOR CONTINUANCE OF
    CALIFORNIA; et al.,                      CASE MANAGEMENT CONFERENCE
13
14              Plaintiffs,                   DATE:  September 7, 2007
    v.
15                                            TIME:  10:30 a.m.
    R.E. SERRANO, INC., and RICKY
16  SERRANO,                                  COURTROOM: 7, 19th Floor
17              Defendants.                   JUDGE:  The Honorable Maxine M. Chesney

18

19      The parties herein stipulate and respectfully request that the Case Management

20  Conference, currently scheduled for September 7, 2007 at 10:30 a.m., be continued for

21  approximately 60 days as follows:

22      1.      Counsel for Plaintiffs was substituted in this case on June 7, 2007, and reviewed

23  the file in this matter to determine the status of the parties' positions. Counsel thereafter wrote to

24  defendant's counsel Paul Simpson, Esq., to provide him the information requested in his last

25
    communication with prior counsel, and to request a proposal for resolution.
26

27  ///

28  ///

            STIPULATION FOR CONTNUANCE OF CASE MANAGEMENT CONFERENCE
                                         CASE NO.: C07-1697 MMC

O:\Temp\Temporary Internet Files\OLKA2\C07-1697 MMC CMC Continuance Rquest 083007.DOC

2.  Mr. Simpson advised that he was leaving for vacation but was forwarding that letter to his client to review in the next week(s). Mr. Simpson now advises that he recently has attempted to make contact with his client, who has not responded and may himself now be on vacation.

3.  The parties have therefore not yet had the opportunity to identify any disputes or resolution thereof, and it is expedient that they do so, in the interest of saving the time of both the parties and the court.

4.  Both parties therefore respectfully request that the Case Management Conference, currently scheduled for September 7, 2007, be continued for approximately 60-90 days to allow the parties to amend, or to resolve this action by stipulation or motion.

5.  It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

Dated: August 30, 2007                 SALTZMAN & JOHNSON LAW CORPORATION

                                       By: _____
                                           Muriel B. Kaplan
                                           Attorneys for Plaintiffs

Dated: August 30, 2007                 SIMPSON, GARRITY & INNES

                                       By: _____
                                           Paul Simpson
                                           Attorneys for Defendants

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to November 2, 2007 at 10:30 a.m. The parties shall file a joint Case Management Statement no later than October 26, 2007.

Date: August 31, 2007                  _____
                                       United States District Court Judge

**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO.: C07-1697 MMC**

D:\Temp\Temporary Internet Files\OLKA2\C07-1697 MMC CMC Continuance Request 083007.DOC