Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br>v.<br><br>R.E. SERRANO, INC., and RICKY SERRANO,<br><br>Defendants. | Case No.: C07-1697 MMC<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER** |

The parties herein stipulate and respectfully request that the Case Management Conference, currently scheduled for November 2, 2007 at 10:30 a.m., be continued for approximately 60 days as follows:

1. The parties have agreed to terms of settlement, pending confirmation of payments made to date by Defendants, and remaining amounts due.

2. Plaintiffs have drafted a Judgment Pursuant to Stipulation, to be submitted to Defendants for review and execution, upon confirmation of those figures.

3. Both parties therefore respectfully request that the Case Management Conference, currently scheduled for November 2, 2007, be continued for approximately 60 days to

1 | allow the parties to finalize and execute their settlement, which will resolve this action by
2 | Judgment Pursuant to Stipulation, as agreed.

3 |     5.    It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

Dated: October 25, 2007        SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
      Muriel B. Kaplan
      Attorneys for Plaintiffs

Dated: October 25, 2007        SIMPSON, GARRITY & INNES

By: _____/s/_____
      Paul Simpson
      Attorneys for Defendants

**IT IS SO ORDERED.**

    The currently set Case Management Conference is hereby continued to January 4, 2008 at 10:30 a.m.

Date: October 29, 2007        _____
                              United States District Court Judge